PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
ROBERT ATTEBERY

CHARLES L. POST, Esq. (SBN 160443)
LIZBETH V. WEST, Esq. (SBN 207137)
WEINTRAUB GENSHLEA CHEDIAK
A Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000

Attorneys for Defendants
AUBURN LAKE TRAILS PROPERTY
OWNERS ASSOCIATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY, | CASE NO. 2:06-cv-1459-MCE-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION; and DOES 1 through 100, Inclusive, | |
| Defendants. | Current Date: April 30, 2007<br>Requested Date: August 13, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England<br>Place: U.S. District Court<br>501 "I" Street<br>Sacramento, CA |

Plaintiff Robert Attebery hereby requests that the hearing and briefing schedule on defendant's Motion for Summary Judgment, Or, in the Alternative, Summary Adjudication, be continued approximately 90 days.

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Continuance of Hearing on Defendant's
SJM: Case No. CIV-S06-1459 MCE/KJM**

— 1 —

c:\jfolder\mengland\home\to docket civil\06cv1459.o.0405.doc

Defendant Auburn Lake Trails Property Owners Association has agreed not to oppose plaintiff's request to the Court and to enter into this Stipulation, for the sole purpose of cooperating with plaintiff's counsel in the scheduling of defendant's Motion for Summary Judgment, Or, in the Alternative, Summary Adjudication.  Nothing contained in this stipulation may be used for any other purpose.

Plaintiff asserts that good cause exists for the continuance:

1. On March 27, 2007, defendant filed a Motion for Summary Judgment, Or, in the Alternative, Summary Adjudication on the primary basis that the facilities at issue are not "public accommodations."

2. This action involves multiple facilities at Auburn Lake Trails, a large gated residential development.  A cooperative site inspection of the facilities occurred on October 23-24, 2006.  No other discovery has taken place.  Defendant's motion relies on two factual declarations and offers 75 facts as undisputed. Defendant offers evidence as to how it uses its facilities and argues that these facts establish that its facilities are not "public accommodations" subject to Title III of the ADA.  Plaintiff states that he must conduct discovery in order to oppose defendant's motion, including the taking of any necessary depositions of key officers and/or employees, as well as written discovery, including document production requests.

3. Plaintiff's counsel represents that they have two trials going forward in the Central District of California during the month of May (<u>Huezo v. Los Angeles Community College District</u>, C.D. Cal. Case No. CV-04-9772 MMM and <u>Keepers v. Wienerschnitzel Restaurant, et al.</u>, C.D. Cal. Case No. EDCV 06-00477-SGL) and therefore will not be available to conduct depositions and other discovery during much of April and May as these cases are prepared and tried.  Defendants have no knowledge of the schedule of plaintiff's counsel, but accept the representations of counsel in this regard.

4. Accordingly, plaintiff's counsel requested that defendant agree to move back the hearing date on defendant's Motion for Summary Judgment, Or, in the Alternative, Summary Adjudication approximately 90 days, along with the dates for the filing of plaintiff's Opposition and defendant's Reply.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Continuance of Hearing on Defendant's SJM: Case No. CIV-S06-1459 MCE/KJM**

– 2 –

c:\jfolder\mengland\home\to docket civil\06cv1459.o.0405.doc

1  Defendant has agreed not to oppose this continuance, and to enter into this stipulation.

2     5.   No previous extensions of time have been requested, and no party would be

3  prejudiced by the delay as the deadline for hearing dispositive motions is not for over a year, on

4  May 19, 2008.

5     Therefore, it is hereby requested by plaintiff that the hearing on defendant's

6  Motion for Summary Judgment, Or, in the Alternative, Summary Adjudication, be continued

7  from April 30, 2007 to August 13, 2007.  Plaintiff further requests that the dates for filing of

8  Plaintiff's Opposition and defendant's Reply be continued as well, and be filed according to the

9  schedule set forth in Local Rule 78-230 (c) and (d).  Defendant does not oppose this request.

10  Dated: April _4, 2007          PAUL L. REIN
                                    JULIE A. OSTIL
11                                  LAW OFFICES OF PAUL L. REIN

12
                                    /s/ Julie Ostil
13                                  Attorneys for Plaintiff
                                    ROBERT ATTEBERY
14

15  Dated: April 4, 2007           CHARLES L. POST
                                    LIZBETH V. WEST
16                                  WEINTRAUB GENSHLEA CHEDIAK

17                                      /s/ - Charles L. Post
                                    Attorneys for Defendant
18                                  AUBURN LAKE TRAILS PROPERTY
                                    OWNERS ASSOCIATION
19                                  (As authorized 4/4/07)

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Continuance of Hearing on Defendant's
SJM: Case No. CIV-S06-1459 MCE/KJM**

– 3 –

c:\ifolder\mengland\home\to docket civil\06cv1459.o.0405.doc

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS HEREBY ORDERED that the hearing on defendant's Motion for Summary Judgment, Or, in the Alternative, Summary Adjudication, is continued from April 30, 2007 to August 13, 2007. The dates for the filing of plaintiff's Opposition and defendant's Reply will be continued as well, and shall be filed according to the schedule set forth in Local Rule 78-230 (c) and (d).

DATED:  April 5, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Continuance of Hearing on Defendant's SJM: Case No. CIV-S06-1459 MCE/KJM**

– 4 –

c:\jfolder\mengland\home\to docket civil\06cv1459.o.0405.doc