IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ATTEBERY,

      Plaintiff,                     No. CIV S-06-1459 MCE KJM

    vs.

AUBURN LAKE TRAILS PROPERTY
OWNERS ASSOCIATION,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff has filed a motion for order shortening time for hearing on a motion to compel.  Good cause has not been shown for issuance of such an order and accordingly, the motion is denied.  Any requests to extend the discovery cut-off should be directed to the district judge.

DATED: December 18, 2007.

_____
U.S. MAGISTRATE JUDGE

006
attebery.ost

1