Charles L. Post, State Bar No. 160443
Lizbeth V. West, State Bar No. 207137
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant,
Auburn Lake Trails
Property Owners Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT ATTEBERY, | Case No.: 2:06-cv-01459-MCE-KJM |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND EXPERT DISLCOSURE DEADELINE BASED ON SHOWING OF GOOD CAUSE, AND ORDER THEREON** |
| vs. | |
| AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION; and DOES 1 through 100, inclusive, | **FRCP, Rule 26(a)(2)(C)** |
| Defendants. | |

The Parties, by and through their counsel of record, do hereby stipulate to the extension of time to disclose expert witnesses based on the grounds outlined below, and respectfully request that the Court enter an Order approving the extension based on the showing of good cause.

1. Pursuant to the Court's October 12, 2006 Scheduling Order, expert disclosures under Federal Rules of Civil Procedure, Rule 26(a)(2)(B) are to be filed and served by February 19, 2008.

2. The parties have agreed to take this case to a private mediation in an attempt to settle it without further litigation. The mediation is scheduled for February 25, 2008.

3. Counsel for Defendant, Auburn Lake Trails Property Owners Association ("ALTPOA") advised Plaintiff's counsel on February 7, 2008 that their

retained expert has been in the hospital for an extensive period of time and it is unclear what the extent of his recovery will be.  Defense counsel is concerned that ALTPOA's expert will be unable to complete his analysis and report in time for the February 19, 2008 disclosure date.

4. The trial in this matter is not until September 17, 2008, and the deadline for dispostive motions is May 19, 2008.  Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2)(C), the parties through their counsel have stipulated to extend the February 19, 2008 disclosure date for a short period of time until March 14, 2008.  The expert disclosures may not be required if the case is settled at the February 25, 2008 mediation and, if the case does not settle, the short extension of time will not affect the remainder of the deadlines in the Court's Scheduling Order or the parties' ability to timely depose experts once disclosures are made.

Based on the foregoing, counsel for the parties respectfully submit this Stipulation and request an Order of the Court approving the extension of time.

Date:_____, 2008.   **LAW OFFICES OF PAUL L. REIN**

By:___/s/_____
Attorneys for Plaintiff, Robert Attebery

Date:_____, 2008.    **weintraub** genshlea chediak
a law corporation


By:____/s/_____
Lizbeth V. West
Attorneys for Defendant, Auburn Lake
Trails Property Owners Association

## ORDER

Good Cause Appearing,

IT IS SO ORDERED that the February 19, 2008 Expert Disclosure date contained in the Court's October 12, 2006 Scheduling Order is extended to March 14, 2008.

Dated: February 13, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE